# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOE D'AMBROSIO | : | Case No. 1:00-CV-2521 |
| Petitioner, | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| MARGARET BAGLEY, WARDEN | : | **MEMORANDUM & ORDER** |
| Respondent. | : | |

Before the Court is Petitioner Joe D'Ambrosio's Motion for a Certificate of Appealability. (Doc. 245.) Also before the Court is the Warden's opposition to that motion. (Doc. 246.)

While mindful of the importance of an expeditious resolution of this issue, the Court wishes to provide Prosecuting Attorney William Mason, an intervening party in this case, time to file a brief should he choose to do so. Any such brief must be filed no later than 5:00 pm on Wednesday, May 27.

D'Ambrosio may file a reply, if any, to both parties' responses by no later than 5:00 pm on Friday, May 29.

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

Dated: May 22, 2009